| | |
|---|---|
| 1 | JOHN H. DOUGLAS BAR NO. 178966<br>JDOUGLAS@FOLEY.COM |
| 2 | **FOLEY & LARDNER LLP**<br>555 CALIFORNIA STREET, SUITE 1700<br>SAN FRANCISCO, CA 94104-1520 |
| 3 | TEL: 415.434.4484  FAX: 415.434.4507 |
| 4 | JOHN G. YSLAS CA BAR NO. 187324<br>JYSLAS@FOLEY.COM |
| 5 | JEREMY C. WOODEN CA BAR NO. 253088<br>JWOODEN@FOLEY.COM<br>**FOLEY & LARDNER LLP** |
| 6 | 555 S. FLOWER STREET, SUITE 3500<br>LOS ANGELES, CA 90071-2411<br>TEL: 213.972.4500  FAX: 213.486.0065 |
| 7 | ATTORNEYS FOR DEFENDANT JOHNSON CONTROLS, INC. |
| 8 | ERIC B. KINGSLEY BAR NO. 185123<br>ERIC@KINGSLEYKINGSLEY.COM |
| 9 | STEVE L. HERNANDEZ CA BAR NO. 229065<br>SHERNANDEZ@KINGSLEYKINGSLEY.COM<br>**KINGSLEY & KINGSLEY, APC** |
| 10 | 16133 VENTURA BLVD., SUITE 1200<br>ENCINO, CA 91436<br>TEL: 818.990.8300  FAX: 818.990.2903 |
| 11 | ATTORNEYS FOR PLAINTIFF |

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| MICHAEL EVANS, ON BEHALF OF HIMSELF AND OTHER SIMILARLY SITUATED EMPLOYEES,<br><br>           PLAINTIFF,<br><br>     v.<br><br>JOHNSON CONTROLS, INC., A WISCONSIN CORPORATION, AND DOES 1 THROUGH 50, INCLUSIVE.<br><br>           DEFENDANT. | Case No. 4:10-CV-01932 SBA<br><br>**ORDER OF DISMISSAL** |

1     Pursuant to stipulation by and between Plaintiff Michael Evans ("Plaintiff")
2 and Defendant Johnson Controls, Inc. ("Defendant"), i.e., the parties to this action,
3 through their designated counsel, the above-captioned action is dismissed in its
4 entirety pursuant to Federal Rule of Civil Procedure 41(a)(1), as follows: (1)
5 Plaintiff's entire individual action (including all claims and allegations) is
6 dismissed with prejudice; (2) the class allegations (including all claims) are
7 dismissed without prejudice; (3) therefore, Plaintiff's entire action is dismissed
8 (whether on an individual basis, class basis, or otherwise).

    IT IS SO ORDERED.

Dated: 1/31/11

_____
Hon. Saundra B. Armstrong
UNITED STATES DISTRICT JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28